UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA

Criminal# 04-609 (KSH)

v.

Elizabeth Olaya                                   O R D E R

Defendant Elizabeth Olaya ("Olaya") was sentenced by the undersigned on September 6, 2006 and currently is on supervised release in the Eastern District of New York.  Her supervising probation officer has notified this Court that Olaya has requested permission to travel to Colombia, South America to attend funeral services for her brother.  Olaya intends to stay with relatives at 30 #3579 Barrio La Gran, Columbia, and to return no later than January 15, 2009.  Her supervising probation officer does not object to this travel request.  Good cause appearing,

It is on this 8th day of January, 2009,

**ORDERED** that U.S. Pretrial Services and/or the U.S. Probation Department shall forthwith release Olaya's passport so that she can travel to Colombia, South America, to attend her brother's funeral.  Upon her return, defendant shall surrender her passport to her probation officer in this District, USPO Albert Figueroa.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN, U.S.D.J.