## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

June 10, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Katharine S. Hayden
Martin Luther King Jr., Federal Building and Courthouse
PO Box 999
Newark, New Jersey 07101-0999

RE: OLAYA, Elizabeth
Docket No.: ~~97-00107-002~~ 04-609
**Request for Release of Presentence Investigation Report**

Dear Judge Hayden:

On September 6, 2006, Your Honor sentenced the above-named offender to time served followed by a five-year term of supervised release following her conviction in U.S. District Court for conspiracy to distribute a controlled dangerous substance, namely heroin, in violation of Title 21 U.S.C. § 846, a Class A felony. Olaya was further ordered to pay a $100 special assessment which she satisfied in full on September 6, 2006.

On October 12, 2006, the offender's supervised release term was transferred to the Eastern District of New York based on her residence in Elmhurst, New York. According to the supervising U.S. Probation Officer, Olaya is in compliance and has maintained a stable residence with her husband and sons at 83-06 Vietor Avenue, Elmhurst. She recently secured gainful employment with FEDCAP located in New York, New York.

On September 22, 2008, the U.S. Probation Office for the Eastern District of New York received a request from Francis J. Herman, Director of the Executive Clemency Bureau, Certificate Review Unit of the New York Division of Parole, indicating Olaya had applied for a Certificate of Relief from Disabilities in her attempt to secure employment as an office assistant. In their efforts to consider this request, the Board is required to review the applicant's criminal record and community adjustment. In doing so, the Board, as well as the offender, has requested a copy of the Presentence Investigation Report. The report is to be used for their agency only and will be treated as a confidential document. Upon completion of their investigation, the report will be destroyed in its entirety.

We respectfully request that Your Honor review this request with a view toward authorizing the release of a copy of Olaya's Presentence Investigation Report for the above-noted purposes only. Should Your Honor wish to discuss this matter in greater detail, please contact the undersigned officer at (973) 645-4697. Thank you.

*[Handwritten: PSR may be released for the purposes set forth in this letter only. KSHayden USDJ 6/10/09]*

Honorable Katharine S. Hayden
Page 2
June 10, 2009

                                      Respectfully Submitted,

                                      CHRISTOPHER MALONEY, Chief
                                      U.S. Probation Officer


                                      By: Elizabeth Villa
                                          U.S. Probation Officer